**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.: **CV 26-2684-JFW(AJRx)**                               Date: June 22, 2026

Title: Marco Ruiz -*v*- 2999 W. 6Th Street, LLC, et al.

---

**PRESENT:  HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

    **Shannon Reilly**                                    **None Present**
    **Courtroom Deputy**                                  **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                          None

**PROCEEDINGS (IN CHAMBERS):          ORDER OF DISMISSAL**

    In the Notice of Settlement filed on June 19, 2026, Docket No. 12, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before July 21, 2026.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until July 21, 2026.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

    IT IS SO ORDERED.

Initials of Deputy Clerk __sr__

(Rev. 1/14/15)